UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ROOM 325, U. S. COURTHOUSE BUILDING
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801-2611

August 25, 1995

To: Federal Law Enforcement Officers Who Issue Violation Notices

Fr: J. Toliver Davis, United States Chief Magistrate Judge

In order to standardize procedures for handling arrests made by officers of the National Park Service, United States Forest Service, and the Veterans Administration, the Central Violations Bureau for the Western District of North Carolina has adopted certain new procedures. As we implement these procedures, they may be modified, and your comments and suggestions are welcome.

The following procedures will become effective on September 1, 1995:

I. **FELONIES:**

The procedures of Rule 5, Federal Rules of Criminal Procedure, shall be followed after all felony arrests. The person arrested is to be taken without unnecessary delay before the nearest available federal magistrate. If you think that you need to contact a United States Magistrate Judge concerning a felony arrest, every effort should be made to contact an assistant United States Attorney first.

If a federal magistrate judge is not reasonably available, you may take the arrestee before a state judicial officer. 18 U.S.C. § 3041.

II. **MISDEMEANORS:**[1]

Inasmuch as the procedures of Rule 5, Federal Rules of Criminal Procedure also apply when an arrest is made on a misdemeanor (including petty) offense, you should, upon making such an arrest, comply with the same procedures set forth in Section I above, with the following exceptions:

---

[1] Includes Petty Offenses.

Case 1:25-mc-00029    Document 1    Filed 11/21/25    Page 1 of 5

A.  **Mandatory Appearance Offenses for Which an Arrest is Actually Made:**

Where the conditions set out below are satisfied, you may give the person arrested the option of signing a $500 unsecured "field bond," with you as the witness. If this type of bond is made, the three-part form supplied by the court is to be used.

**CAUTION:** **Field Bond may only be used for mandatory appearance offenses which resulted in arrest.**

B.  **Criteria for Release on a Field Bond:**

1.  the arrestee has no record of failure to appear at court proceedings or escape within the past ten years;

2.  the arrestee is not presently on parole, probation or release pending trial for any federal or state charge;

3.  the arrestee is not a danger to himself and/or the community. Intoxicated persons should <u>never</u> be allowed to have the opportunity to operate a vehicle while still intoxicated; it is recognized that this may entail holding the arrestee until sobriety is achieved or releasing the arrestee to the custody of a responsible family member or other reliable person;

4.  reliable information has been gathered relating to the arrestee's identity, **Social Security Number** (if at all possible), address, employment, telephone numbers, and any other information which may be useful in finding the arrestee in the event such person fails to appear. Remember, your case is only as good as the information you get at the scene; and

5.  you do not perceive that the arrestee has a mental or medical condition which might pose a danger to the arrestee if not treated by medical personnel.

2

Case 1:25-mc-00029   Document 1   Filed 11/21/25   Page 2 of 5

C.  **Advice to Be Given Defendants Who Qualify for a Field Bond**

If the person arrested qualifies for a field bond, advise the arrestee of the right to be taken by you before a judicial officer reasonably promptly and that by signing a field bond, the arrestee waives the right to an initial appearance before a judicial officer and to have that judicial officer advise the arrestee of such rights and to set bond.

D.  **Procedure if Defendant Does Not Meet the Criteria**

If an arrestee does not meet in all substantial respects the criteria set forth above, the arrestee should not be permitted to make a field bond. Such arrestee shall be brought before the nearest available federal magistrate judge or, in the event a federal magistrate judge is not reasonably available, before a state judicial officer as authorized by 18 U.S.C. § 3041.

III. **Processing Procedures for Defendants Who Do not Make a Field Bond**

A.  **Defendant Not Released on a Field Bond:** the United States Marshals Service should be notified immediately at (704) 271-4652. Even if the arrest occurs after business hours, the United States Marshal has an answering service which will forward messages to the Marshal the next morning.

B.  **Defendants Placed in a Local Jail Pending an Initial Appearance Before a Federal Magistrate Judge:**

(1) the United States Marshals Service only takes custody of a defendant who is arrested by another agency after a federal magistrate judge has issued a commitment document to do so. 28 C.F.R. ¶ 0.111(k).

(2) It is the duty of the arresting officer(s) to retrieve the defendant from the local jail facility and bring such person before a federal magistrate judge. Fed. R. Crim. P. 5(a). Prior to bringing the defendant to court, the arresting officer should arrange a time with the Clerk of this court by calling (704) 271-4648.

3

Case 1:25-mc-00029    Document 1    Filed 11/21/25    Page 3 of 5

(3) Should you need assistance in producing prisoners, the United States Marshal for the Western District of North Carolina has indicated that he will be happy to assist if he has prior notice of the need and the manpower available at the time. Officers should make all efforts to work in a cooperative manner with the United States Marshal.

(4) Note: Until a federal prisoner is remanded by the court to the custody of the Marshal, the payment of the defendant's medical expenses is the responsibility of the arresting agency from its own operating appropriations; however, the United States Marshals Service's contract with local jails boarding federal prisoners provides for payment of boarding expenses of <u>all</u> federal prisoners committed to the facility by any federal law enforcement officer.

## IV. Arrest of Juveniles

A. A juvenile is defined as a person who has not yet reached their 18th birthday.

B. The procedures of 18 U.S.C. §§ 5031, **et seq.**, apply if a juvenile is taken into custody.

C. Section 5033 requires you to take a juvenile "before a magistrate forthwith."

D. If you arrest a juvenile, you should contact an assistant United States Attorney and a United States Magistrate Judge immediately. The field bond procedures shall not be used.

## V. Records

If a person makes a field bond, it is the arresting officer's responsibility to send the executed **original** bond to the Clerk of Court, Room 309, United States Courthouse, 100 Otis Street, Asheville, N.C. 28801. The field bond will then be reviewed by a federal judicial officer and either approved or disapproved.

The pink copy of the field bond should be given to the person arrested before such person is released; the arresting officer should keep the yellow copy.

4

Case 1:25-mc-00029   Document 1   Filed 11/21/25   Page 4 of 5

Local CVB Form 1, WDNC 8/26/95

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **UNSECURED FIELD BOND** |
| Vs. ) | |
| ) | Violation Notice Number(s): |
| _____ ) | |
| Defendant ) | **DRAFT** |
| Social Security No. _____ ) | |

**CONDITIONS OF RELEASE ON BOND:** Read Carefully.

The conditions of this bond are that the defendant is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned is exonerated. If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach, and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount below stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

**ACKNOWLEDGEMENTS AND FURTHER PROMISES MADE BY DEFENDANT:** Read Carefully.

I, the undersigned defendant, acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $500.00 if I fail to appear for any court appearance in the above-captioned action.

In return for my release on this bond, I hereby waive my right to be taken before a judicial officer reasonably promptly and to have that judicial officer advise me of my rights and set a bond. I agree to appear in court when notified to do so, and I understand that an arrest warrant may issue if I fail to appear.

Signed on this the _____ day of _____, 199___, at _____ North Carolina.

_____     _____
Defendant's Signature                Witness (Arresting Officer)

_____     _____
Home Address                         Approved By Federal Judicial Officer

*WHITE: COURT*          *YELLOW: OFFICER*          *PINK: DEFENDANT*